IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JEFF CURRIE and PTARMIGAN AGENCY,<br><br>　　　　　　　Defendants. | CV 20-148-M-DLC-KLD<br><br>**ORDER** |

　　　　Plaintiff Allstate Insurance Company moves for the admission of Besma Fakhri to practice before this Court in this case with Susan Moriarity Miltko to act as local counsel. Ms. Fakhri's application appears to be in order.

　　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Besma Fakhri pro hac vice is GRANTED on the condition that Ms. Fakhri shall do her own work. This means that Ms. Fakhri must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Fakhri, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 7th day of October, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge