IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>    vs.<br><br>JEFF CURRIE and PTARMIGAN AGENCY,<br><br>              Defendants. | CV 20–148–M–DLC–KLD<br><br><br>ORDER |

   Before the Court is Plaintiff's Unopposed Motion for Entry of Agreed Order and Dismissal of Action. (Doc. 16.) Accordingly,

   IT IS ORDERED that:

   1.   Defendant Jeff Currie, and all parties in active concert or participation with him who receive actual notice of this Order by personal service or otherwise, are enjoined from accessing, disclosing, reproducing, or using any Allstate confidential information, as the term "confidential information" is defined in Section IV(D) of the R3001C Exclusive Agency Agreement between Allstate and Currie (the "Agreement");

   2.   In compliance with Section XVIII(D)(1)-(3) of the Agreement, Currie shall not, prior to April 31, 2021, solicit the purchase of products or services in competition with those sold by Allstate (1) to any person, company, or

organization whom Currie, or anyone acting on behalf of Ptarmigan Agency, sold insurance or other products or services to on behalf of Allstate and who was a customer of Allstate when the Agreement terminated; (2) to any person, company, or organization who was a customer of Allstate when the Agreement terminated and whose identity was discovered by Currie as a result of Currie having access to Allstate confidential information; or (3) from any office or business located within one mile of any location that Currie or Ptarmigan Agency performed services out of under the Agreement; and

      3.     This case is dismissed with prejudice and without an award of fees or costs to any party.

      DATED this 15th day of March, 2021.

_____
Dana L. Christensen, District Judge
United States District Court